UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A DeSANTIS | Chapter 7 |
| **Debtor** | **Case No.:** 1-05-bk-03775 |
| CLARENCE E BRANDT | |
| **Plaintiff** | **Adv No.:** 1-05-ap-00149 |
| vs | |
| WILLIAM A DeSANTIS | |
| **Defendant** | |

## CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

HARRY W. FENTON ESQUIRE
112 WEST MAIN STREET
MEYERSTOWN, PA 17067

Date: January 22, 2007

_S. Pearlman_
S Pearlman, Deputy Clerk

MDPA CERTMAIL ADD.wpt Rev. 05/06