UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM A DeSANTIS

        **Debtor**

CLARENCE E BRANDT

        **Plaintiff**

vs

WILLIAM A DeSANTIS

        **Defendant**

**Chapter** 7

**Case No.:** 1-05-bk-03775

**Adv No.:** 1-05-ap-00149

## CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

HARRY W. FENTON ESQUIRE
112 WEST MAIN STREET
MEYERSTOWN, PA 17067

FEB 28 2007

*S. Pearlman*

S Pearlman, Deputy Clerk

MDPA CERTMAIL ADD.wpt Rev. 05/06

Case 1:05-ap-00149-MDF    Doc 26-1    Filed 02/28/07    Entered 02/28/07 14:34:40    Desc